IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JOHN HOLSEN MILLER, | : |
| *Plaintiff*, | : Case No. 1:24-cv-468 |
| vs. | : Judge Jeffery P. Hopkins |
| GEORGE HUDSON, | : |
| *Defendant*. | : |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (Doc. 5) issued by Magistrate Judge Stephanie K. Bowman on September 9, 2024. The Magistrate Judge recommends that this case be dismissed with prejudice under 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.[1]

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the fact of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022).

---

[1] Plaintiff filed a Notice of Divorce (Doc. 6) on September 20, 2024, with accompanying marriage dissolution and child support records. This Court cannot discern the relevance of these records, nor whether Plaintiff intended for this filing to constitute objections to the Report and Recommendation. Regardless of Plaintiff's intention, this Court declines to consider this filing as a proper objection because "[t]he filing of vague, general, or conclusory objections does not meet the requirement of specific objections and is tantamount to a complete failure to object." *Slater v. Potter*, 28 F. App'x 512, 513 (6th Cir. 2002).

Accordingly, the Court **DISMISSES** this case with prejudice and **CERTIFIES** that an appeal would not be taken in good faith and therefore Plaintiff should not be permitted to proceed in forma pauperis. Plaintiff is hereby advised that filing any future complaint based on the same subject matter is likely to result in a finding that he is a vexatious litigant who should be made subject to prefiling restrictions.

**IT IS SO ORDERED.**

Dated: October 9, 2024

*[signature]*
Hon. Jeffery P. Hopkins
United States District Judge